UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

U.S. DISTRICT ...
DISTRICT OF NEV...
FILED
NOV 21 2...
CLERK, U.S. DISTRICT COURT
_____ DE:

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 03:05-CR-0074-LRH-VPC |
| Plaintiff, ) | |
| vs. ) | |
| JORGE LUIS GONZALEZ-VELAZQUEZ, ) | |
| Defendant, ) | |

## ORDER

IT IS HEREBY ORDERED that the Department of Homeland Security, Immigration and Customs Enforcement (DHS/ICE) shall provide to counsel for the above-named defendant a complete copy of every document contained in the defendant's Alien ("A") file within <u>seven (7) days</u> of the date of this Order unless the Government files a formal objection or other appropriate motion within six (6) days of the date of this Order. The defendant's "A" number is **A92 286 549**.

IT IS FURTHER ORDERED that the U.S. Attorney's Office shall serve this Order on the Officer in Charge, Department of Homeland Security, Immigration and Customs Enforcement (DHS/ICE), Reno, Nevada.

DATED this __21st__ day of __November__, __2005__.

_____
VALERIE P. COOKE
UNITED STATES MAGISTRATE JUDGE